UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JASON MICHAEL STEWART HANSON,<br><br>        Defendant. | No. 2:07-cr-00248 WBS<br><br><br>ORDER |

----oo0oo----

        Defendant Jason Michael Stewart Hanson has filed a request for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  (Docket No. 1650.)

        The court recognizes defendant's contention that he is at high risk of complications from the coronavirus due to his purported medical conditions of pre-diabetes, hypertension, obesity, and depression,[1] and that he is housed at FCI Allenwood,

---

[1] Defendant provides no medical records showing that he in fact suffers from these conditions, however.

1

which has had several inmates test positive for the coronavirus. Nevertheless, defendant is only 46 years old, and it appears that the Bureau of Prisons has been able to sufficiently treat any medical conditions he suffers.  Overall, defendant has not shown that his medical condition, along with the COVID-19 pandemic, qualify as extraordinary and compelling reasons for release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13.  See, e.g., United States v. Williams, No. 2:13-cr-383 TLN, 2020 WL 3402439, *2 (E.D. Cal. June 19, 2020) (defendant's confinement at FCI Lompoc and diagnosis of hypertension along with other medical history and prevalence of COVID-19, was insufficient to show extraordinary circumstances under 18 U.S.C. § 3582(c)(1)(A)).

     IT IS THEREFORE ORDERED that defendant's motion for compassionate release (Docket No. 1650), be, and the same hereby is, DENIED.

Dated:   October 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE