UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:07-cr-00248 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JASON MICHAEL STEWART HANSON, | |
| Defendant. | |

----oo0oo----

        Defendant Jason Michael Stewart-Hanson has filed a request for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(I) and the First Step Act. (Docket No. 1729.)[1] The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days

---

[1] The motion is labeled as an "emergency motion," though it says nothing about why it requires expedited consideration. The motion seeks a sentence reduction based on a change in the law and does not point to anything that may happen if the motion is not addressed immediately.

1

from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated: September 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE