UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON MICHAEL STEWART HANSON,

Defendant.

No. 2:07-cr-00248 WBS

ORDER

----oo0oo----

The United States shall file any opposition to defendant's motion for compassionate release (Docket No. 1773) within 21 days of this Order's filing date. The court will then take the motion under submission without a hearing unless otherwise ordered.

IT IS SO ORDERED.

Dated: September 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE