IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MICHAEL STEWART HANSON,<br><br>Defendant. | Case №: 2:07-cr-00248-WBS<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above-named Defendant has previously qualified for appointed counsel and has been sent a financial affidavit to complete. He wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Benjamin Ramos be appointed to represent the above defendant in this case effective *nunc pro tunc* to October 7, 2026, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

Dated: October 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE