**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON MICHAEL STEWART HANSON,

Defendant.

Case No.: 2:07-cr-00248-06-WBS

**ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE OR SENTENCE REDUCTION**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant may file a supplemental memorandum in support of his pending renewed motion for compassionate release (Dkt. No. 1773) on or before November 20, 2026;

2. The United States shall file any opposition to the motion, as supplemented, on or before December 21, 2026; and

3. Except as modified herein, the Court's September 30, 2026 order remains in effect. The motion will be taken under submission without a hearing unless otherwise ordered.

IT IS SO ORDERED.

Dated: October 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE