**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASON MICHAEL STEWART HANSON,<br>Defendant. | Case No.: 2:07-cr-00248-06-WBS<br>**ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE OR SENTENCE REDUCTION** |

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant may file a supplemental memorandum in support of his pending renewed motion for compassionate release (Dkt. No. 1773) on or before January 4, 2027;

2. The United States shall file any opposition to the motion, as supplemented, on or before February 3, 2027; and

3. Except as modified herein, the Court's September 30, 2026 order remains in effect. The motion will be taken under submission without a hearing unless otherwise ordered.

IT IS SO ORDERED.

Dated: November 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE